UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THOMAS EDWARD KOTEWA | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | 3:10-cv-006 |
| | ) | *Phillips* |
| | ) | |
| JOSEPH EASTERLING, Warden, | ) | |
| | ) | |
| *Respondent*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petitioner's motion to file an amended habeas petition and the motion to hold the petition in abeyance are **DENIED**, the respondent's motion for summary judgment is **GRANTED**, the petition for the writ of habeas corpus is **DENIED**, and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

　　　　　　　　　　　　　　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ENTERED AS A JUDGMENT
　s/ *Patricia L. McNutt*
　　CLERK OF COURT